UNPUBLISHED

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                    No. 98-4919

ANTHONY BRYAN GRAHAM,
Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina, at Greenville.
G. Ross Anderson, Jr., District Judge.
(CR-97-131)

Submitted: March 20, 2000

Decided: April 28, 2000

Before WILKINS and KING, Circuit Judges,
and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

James Wyda, Federal Public Defender, Beth M. Farber, Assistant
Federal Public Defender, Baltimore, Maryland, for Appellant. J. Rene
Josey, United States Attorney, E. Jean Howard, Assistant United
States Attorney, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Anthony Bryan Graham appeals from his conviction and sentence for conspiracy to distribute cocaine. We affirm.

According to the evidence at trial, an informant phoned Graham and arranged to buy five ounces of cocaine for $5000. Graham went to the specified meeting place with his supplier, Lawrence Williams, who traveled in a separate car. The police arrested both men. When they were arrested, Graham had no cocaine in his possession, but the police found cocaine and a gun in Williams' car.

Graham's first claim on appeal is that the district court erred in enhancing his sentence based on the gun found in Williams' car. The district court found that it was foreseeable to Graham that Williams would carry a weapon. Given the relatively large amounts of cocaine and cash involved in this transaction, this finding was not clearly erroneous. See United States v. Kimberlin, 18 F.3d 1156, 1160 (4th Cir. 1994).

Graham next asserts that the district court incorrectly denied his new trial motion. In moving for a new trial, Graham proffered that he had recently obtained evidence showing that his telephone conversations with the informant never occurred. The calls were recorded, however, and Graham admitted at trial that the calls took place. Thus, the court did not abuse its discretion in denying Graham's motion. See United States v. Rhynes, ___ F.3d ___, 1999 WL 1426103, at *7 (4th Cir. Nov. 8, 1999) (Nos. 97-4465, 97-4466, 97-4467, 99-4468, 97-4469, 97-4470, 99-4602, 97-4640).

For the foregoing reasons, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3